UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA VICKERY, | CASE NO. 2:23-cv-524 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE NV LLC | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On December 29, 2023, the parties filed a joint notice of settlement. Dkt. No. 15. The Court strikes the remaining hearings, deadlines, and trial date. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 60 days of entry of this order.

Dated this 2nd day of January 2024.

MINUTE ORDER - 1

<u>Ravi Subramanian</u>
Clerk
<u>*/s/ Serge Bodnarchuk*</u>
Deputy Clerk

MINUTE ORDER - 2